# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
FEB - 3 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kraig Payne,

Plaintiff

vs.

Pontiac C.C. employees
Darwin
Sgt.
Psych doctor
Bower

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown Pain suffer crual Punshment ~~~~~~~~~~

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kraig Payne

Prison Identification Number: y40610

Current address: Pontiac Correctional Center PO Box 99 Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☒    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __2__    Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   Payne vs John · Payne vs Smith

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Still going both

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐  No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

I send All document straight to Springfield Administration review board because the counselor are on pay role to delete all grievances I dont trust them, It's too much with them.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence (Pontiac C.C.) North house seg. 7 gallery.

4

Date(s) of the occurrence January 10th - January 12th, 2023.

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On January 10, 2023. First shift Pontiac C.C. North house Seg 7 gallery, correctional officer Darwin was feeding. When he got to my cell, cell 7-31 on 7 gallery he stop, look at me, sized me up, did something with his hat then said "I ate already." (me) Then kept going this was the second feed of the day, I haven't ate seens breakfast! that's ran on 3rd shift I haven't had any extra tray. So I was confused, then I realize he was serious. So that frightened me because I didn't know if I was going to eat nun that day. I know it's my constitional right, I'm entitled to a feed 3 times a day. Honestly I don't even know how it was violate, I wrote the law library to see how was I being violated they haven't gotten back with me. I did not tell him to give anyone my food, we didn't exchange words nun that morning, I sleep all morning. investigators need to track that tray down to see who he gave it to on either sides of the gallery. another C.O. Bower I think he's the original gallery officer for G-Seven, he collect empty trays he also knew I haven't ate he stated "I already know you haven't ate then kept going as well. That's a terrifing exsperience for anybody, so I informed a sergant he said he will get me a new one he never brought me one back. he was aware of the situation he also have access to camera footage. my life is in their hands I could've killed myself from humiliation! On January 11, 2023 The very next morning same C.O.'S same shift, same location and time frame. C.O. Darwin pulled the same stunt but this time

5

he plotted me out. C.O. Darwin was passing out the food trays. once he made it to my cell (cell 31) he places his shades on, he pulled he's hat down he said "oh yea baby" like the coolaid man, he then approached my cell and "stated" to me Do I want to check the tray because that's what I always do to check the food conditions they be up in the back doing shit to the food. So when I said yes that's when he yelled at me to go to the back of the cell and take a seat. I turned around and look at him like he was crazy. He started yelling loud so every body could here him like SIT! SIT! SIT! like I was a dog or something I followed all direct orders even tho no tac team was present to monitor this situation, he place a orange and milk in my cell along with a empty food tray. No food was on it. he laughed walked off and said "what they gone do fire me again." like there will be no consequences made about his actions. A psych doctor came and spoke with me that same day I didn't get her name she wore a blue top I still had the tray I showed her she didn't care a slim c.o. walked up he said darwin was bring me a tray he walked up eating off it. On January 12, 2023 thursday morning first shift Pontiac c.c. North house 7 gallery Same c.o. Did it yet again. the only thing he put in my chuck was a apple and a milk, I ask where was my food he said "I sold it" as in (me) to cell 7-09. How card I sold my food if nothing was ever passed from my cell, and if it was something pass from my cell I would've caught a ticket for trading and trafficing which means he's not following I-Doc Policy that's very dangerous and could lead to me getting a disciplinary ticket Nothing was ever traded or traffic Then he stated I was on a hunger strike. This is a all around lawsuit. At such time as an individual in custody declare a hunger strike his cell shall be shaken down and all food items will be confiscated. Those items shall be itemized on shake down records/-confiscated

6

contraband. Non of those action were taken. especially if the Psych doc did declare one which is a seperate law suit it self that I could really add as one. C.O. Darwin also snatch my I.D. Picture off my cell to hide me from something.

I want to use this Application as a argument along with my grievance that Springfield should have by now. I don't want to send any grievance to the counselor because then I would be assed out doing research, studying, writing this shit up isn't easy I'm pretty sure Springfield are tired as well. (To conclude this report I want to say) - I could've killed myself if I wasn't a strong person, I knew proper measurements. If I would've assualted him that would've lead to a bad beat down or even death if I wouldn't comply, because I felt I were innocent (you hear me) Seriously! I even tried to hollar at him like what did I do to deserve that because I didn't understand he words were " you fucked my galley up", whatever that means. So it's personal which means he retaliating on me if he felt I put anyone in danger including his self "STG" his duty is to was to call for a crisis team, he did not do. I never disrespected him, this the only way I could seek justice, I've been ticket free for 6 months straight, because I don't let my anger get the best of me. I know a proper soluation. (E-O-R.)

Kenny Pughman    1/15/23

## RELIEF REQUESTED
(State what relief you want from the court.)

Due to the fact I was being provoked by Staffs to assualt him.-

I coulda got my ass beat or killed, I was put in a dangerous situation, I went hungry, I take meds, I didn't recieve all my calories for those days and cant help my self or feed myself this is Seg. and I informed multiple high ranking authority's on camera. I want $100,000 for every calorie tray I missed and another $100,000 for being put in a life or death situation by authority who should be here to insure my safety, not put me in more danger. And due to the fact my constitutional rights were violated and I'm handling things in a proper fashion while being retaillieated on, I want another $20,000 for pain and suffering nothing under -EOR- Kray

**JURY DEMAND**    Yes ☒    No ☐

Signed this __15__ day of __January__, 20__23__.

_Kray Payne_
(Signature of Plaintiff)

| Name of Plaintiff: Kraig Payne | Inmate Identification Number: y40610 |
|---|---|
| Address: Pontiac Correctional Center P.O. Box 99 Pontiac, IL 61764 | Telephone Number: 312-371-1371 |

Attention;

Plantiff

Kraig Payne                              Date: 1/15/23

### Attach note

I'm trying to figure out the 2 officers full name including the Psych doctor, she plays a role in this as well.
I know there employee address is:

        Pontiac Correctional center
        P.O. Box 99
        Pontiac, IL 61764

I just don't know there names
I'm new down here this is my first time in Pontiac my MSR discharge date is 2/17/23, I will let the courts know when my address mail box changes
I need the courts help to identify every officer involed including that Psych docter.


Thank you   Kraig Payne
Pontiac, IL.





Date:/ 1/15/23