Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Kraig Payne** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-1040 |
| | ) |
| **Darwin, Bower, Jane Doe and John Doe.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Kraig Payne's action against Defendants Darwin, Bower, Jane Doe and John Doe is dismissed without prejudice.

**Dated: 3/10/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court